IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| THE BRANSON LABEL, INC., a Florida Corporation, | ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 6:14-cv-03222-BCW ) |
| AEROPOSTALE, INC., *et al.*, | ) ) |
| Defendants. | ) ) |

## SECOND AMENDED DESIGNATION OF MEDIATOR CERTIFICATE

On July 24, 2014, the parties filed their Designation of Mediator Certificate (Dkt. No. 29), notifying the Court that the parties jointly designated Ron Mitchell from the Court's List of Mediators to conduct the MAP mediation in this case, which was then-scheduled for September 22, 2014. On September 17, 2014, the MAP Director granted the parties until December 5, 2014 to conduct the MAP mediation and until October 3, 2014 to file an amended designation of mediator certificate. The parties filed the Amended Designation of Mediator Certificate on October 3, 2014 (Dkt. No. 58) and now file this Second Amended Designation in order to notify the Court of the date, time and location of the scheduled mediation.

Therefore, the parties provide notice that they continue to jointly designate Ron Mitchell to conduct the MAP mediation in this case. The mediation will be held on December 2, 2014 at 9:00 a.m. in Springfield, Missouri.

Dated: October 8, 2014

| THE BRANSON LABEL, INC., Plaintiff | AEROPOSTALE, INC., BELK, INC., THE CATO CORPORATION d/b/a VERSONA ACCESSORIES, CHARLOTTE RUSSE, INC., CRAB ADDISON, INC. d/b/a JOE'S CRAB SHACK, DEB SHOPS SDE LLC and THE FINISH LINE OF INDIANA, INC., Defendants |
|---|---|
| By: /s/ Brett M. Doran<br>    One of Its Attorneys | By: /s/ Daniel J. Welsh<br>    One of Their Attorneys |
| Randy P. Scheer (#37214)<br>S. Jacob Sappington (#51810)<br>SANDERS WARREN & RUSSELL LLP<br>901 E. St. Louis Street, Suite 1800<br>Springfield, Missouri 65806<br>Telephone: (417) 281-5100<br>Facsimile: (417) 281-5199<br>E-mail: r.scheer@swrllp.com<br>        j.sappington@swrllp.com<br><br>Paul T. Fox (admitted *pro hac vice*)<br>Gregory E. Ostfeld (admitted *pro hac vice*)<br>Paul A. Del Aguila (#53145)<br>Brett M. Doran (admitted *pro hac vice*)<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Telephone: (312) 456-8400<br>Facsimile: (312) 456-8435<br>E-mail: foxp@gtlaw.com<br>        ostfeldg@gtlaw.com<br>        delaguilap@gtlaw.com<br>        doranb@gtlaw.com | Daniel J. Welsh<br>Jill R. Rembusch (admitted *pro hac vice*)<br>SUMMERS COMPTON WELLS LLC<br>8909 Ladue Road<br>St. Louis, Missouri 63124<br>Telephone: (314) 991-4999<br>Facsimile: (314) 991-2413<br>E-mail: dwelsh@summerscomptonwells.com<br>        jrembusch@summerscomptonwells.com |

**CERTIFICATE OF SERVICE**

I, Brett M. Doran, an attorney, certify that I caused a copy of the foregoing Second Amended Designation of Mediator Certificate to be served upon all parties of record by the Clerk of the Court using the CM/ECF system which will send notification of such filing on this 8th day of October 2014.

/s/ Brett M. Doran
Brett M. Doran

- 2 -

Case 6:14-cv-03222-BCW   Document 59   Filed 10/08/14   Page 2 of 2