IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE BRANSON LABEL, INC., a Florida Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 14-cv-3222 |
| AEROPOSTALE, INC., BELK, INC., THE CATO CORPORATION d/b/a VERSONA ACCESSORIES, CHARLOTTE RUSSE, INC., CRAB ADDISON, INC. d/b/a JOE'S CRAB SHACK, DEB SHOPS SDE LLC, THE FINISH LINE OF INDIANA, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AMENDED NOTICE TO TAKE DEPOSITION DUCES TECUM OF BRIAN ASBURY

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition duces tecum of Brian Asbury upon oral examination beginning at 9:30 a.m. on Thursday, January 29, 2015, at the office of Sanders, Warren & Russell, LLC, American National Center, 1949 E. Sunshine St., Ste. 2-102, Springfield, Missouri and continuing thereafter until completed before a certified court reporter.

SANDERS WARREN & RUSSELL LLP

*/s/ S. Jacob Sappington*
Randy P. Scheer       #37214
S. Jacob Sappington    #51810
1949 E. Sunshine, Suite 2-102
Springfield, Missouri 65804
Telephone:  (417) 281-5100
Facsimile:  (417) 281-5199
E-mail:  r.scheer@swrllp.com
         j.sappington@swrllp.com

and

**GREENBERG TRAURIG, LLP**
Paul A. Del Aguila                  #53145
Paul T. Fox                            *Pro Hac Vice*
Gregory E. Ostfeld                *Pro Hac Vice*
Brett M. Doran                      *Pro Hac Vice*
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
E-mail:  foxp@gtlaw.com
            ostfeldg@gtlaw.com
            delaguilap@gtlaw.com
            doranb@gtlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Daniel J. Welsh
Summers Compton Wells LLC
8909 Ladue Road
St. Louis, MO 63124
Telephone:  (314) 991-4999
Facsimile:   (314) 991-2413
E-mail:  dwelsh@summerscomptonwells.com
**ATTORNEY FOR DEFENDANTS**

                                                  */s/  S. Jacob Sappington*