# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| THE BRANSON LABEL, INC., a Florida Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 14-cv-3222 ) |
| AEROPOSTALE, INC., BELK, INC., THE CATO CORPORATION d/b/a VERSONA ACCESSORIES, CHARLOTTE RUSSE, INC., CRAB ADDISON, INC. d/b/a JOE'S CRAB SHACK, DEB SHOPS SDE LLC, THE FINISH LINE OF INDIANA, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## AMENDED NOTICE TO TAKE DEPOSITION OF BRIAN ASBURY

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition of Brian Asbury upon oral examination beginning at 9:30 a.m. on Thursday, January 29, 2015, at the office of Sanders, Warren & Russell, LLC, American National Center, 1949 E. Sunshine St., Ste. 2-102, Springfield, Missouri and continuing thereafter until completed before a certified court reporter.

SANDERS WARREN & RUSSELL LLP

*/s/ S. Jacob Sappington*
Randy P. Scheer         #37214
S. Jacob Sappington     #51810
1949 E. Sunshine, Suite 2-102
Springfield, Missouri 65804
Telephone:  (417) 281-5100
Facsimile:  (417) 281-5199
E-mail:  r.scheer@swrllp.com
              j.sappington@swrllp.com

and

**GREENBERG TRAURIG, LLP**
| | |
|---|---|
| Paul A. Del Aguila | #53145 |
| Paul T. Fox | *Pro Hac Vice* |
| Gregory E. Ostfeld | *Pro Hac Vice* |
| Brett M. Doran | *Pro Hac Vice* |

77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
E-mail: foxp@gtlaw.com
        ostfeldg@gtlaw.com
        delaguilap@gtlaw.com
        doranb@gtlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Daniel J. Welsh
Summers Compton Wells LLC
8909 Ladue Road
St. Louis, MO 63124
Telephone: (314) 991-4999
Facsimile: (314) 991-2413
E-mail: dwelsh@summerscomptonwells.com
**ATTORNEY FOR DEFENDANTS**

                                                    */s/ S. Jacob Sappington*