# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| THE BRANSON LABEL, INC., a Florida Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 6:14-cv-03222-BCW |
| AEROPOSTALE, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of *City of Branson, Missouri's Objections to Subpoena to Produce Documents* was served, via electronic mail, this 6th day of November, 2014, to:

Brett M. Doran
Gregory E. Ostfeld
Paul Del Aguila
Paul T. Fox
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
E-mail: doranb@gtlaw.com
 ostfeldg@gtlaw.com
 delaguilap@gtlaw.com
 foxp@gtlaw.com

*Attorneys for Plaintiff*

S. Jacob Sappington
Randy P. Scheer
Sanders Warren & Russell LLP
1949 E. Sunshine, Suite 2-102
Springfield, MO 65804
Telephone: (417) 281-5100
Facsimile: (417) 281-5199
E-mail: j.sappington@swrllp.com
 r.scheer@swrllp.com

*Attorneys for Plaintiff*

49166476.1

Daniel J. Welsh
Jill R. Rembusch
Summers Compton Wells LLC
8909 Ladue Road
St. Louis, MO 63124
Telephone:	(314) 991-4999
Facsimile:	(314) 991-2413
E-mail:dwelsh@summercomptonwells.com
	jrembusch@summerscomptonwells.com

*Attorneys for Defendants*

                Respectfully submitted,

                **POLSINELLI PC**

                */s/ James E. Meadows*
                James E. Meadows, Mo. Bar No. 50874
                jmeadows@polsinelli.com
                Jennifer R. Growcock, Mo. Bar No. 56496
                jgrowcock@polsinelli.com
                901 E. St. Louis Street, Suite 1200
                Springfield, MO 65806
                (417) 869-3353 Telephone
                (417) 869-9943 Facsimile

                *Attorneys for Non-Party*
                *City of Branson, Missouri*